Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,972,098
Registered May 7, 1996

## TRADEMARK
## PRINCIPAL REGISTER

### LA VAQUITA

CASTRO CHEESE COMPANY, INC. (TEXAS CORPORATION)
4010 CAMPBELL ROAD
HOUSTON, TX 77080

FOR: MEATS AND PROCESSED FOOD, NAMELY CHEESE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 6-30-1977; IN COMMERCE 8-5-1992.

THE ENGLISH TRANSLATION OF "LA VAQUITA" IS "THE LITTLE COW".

SER. NO. 74-423,351, FILED 8-11-1993.

ROBERT J. CROWE, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,180,079
Registered Aug. 11, 1998

## TRADEMARK
## PRINCIPAL REGISTER

"La Vaquita"



CASTRO CHEESE COMPANY, INC. (TEXAS CORPORATION)
4022 CAMPBELL ROAD
HOUSTON, TX 77080

FOR: MEATS AND PROCESSED FOOD, NAMELY, CHEESE, IN CLASS 29 (U.S. CL. 46).
FIRST USE 7-7-1978; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NO. 1,972,098.
THE ENGLISH TRANSLATION FOR THE MARK "LA VAQUITA" IS "THE LITTLE COW".

SER. NO. 75-232,346, FILED 1-28-1997.

GEOFFREY FOSDICK, EXAMINING ATTORNEY