JUDGE BATTS

07 CV 6107

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CASTRO CHEESE CO., INC.,

    *Plaintiff,*

    -against-

LA VAQUITA INC., and
VAQUITA CHEESE INC.,

    *Defendants.*
-----------------------------------------------------------x

Civil Action No. _____

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Castro Cheese Company, Inc., through its undersigned counsel, states that it has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated: June 27, 2007

BY: _____
Mark N. Mutterperl (MM-1977)
Jessica S. Parise (JP-6111)
Fulbright & Jaworski L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
*Attorneys for Plaintiff Castro Cheese Co., Inc.*

25791226.1