AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CASTRO CHEESE CO., INC.

V.

LA VAQUITA INC.
and VAQUITA CHEESE INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6107

JUDGE BATTS

TO: (Name and address of Defendant)

La Vaquita Inc., 216 East 117th Street, New York, New York 10035

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jessica S. Parise, Fulbright & Jaworski LLP
666 Fifth Avenue, New York, NY 10103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 8 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CASTRO CHEESE CO., INC.,

      Plaintiff,

   -against-                                       AFFIDAVIT OF SERVICE
                                                                07 CV 6107

LA VAQUITA INC. AND VAQUITA
CHEESE INC.,

      Defendant.
-------------------------------------------------------X
STATE OF NEW YORK    )
                           S.S.:
COUNTY OF ALBANY    )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 10TH day of July, 2007, at approximately the time of 12:30P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent served the SUMMONS AND COMPLAINT AND CIVIL COVER SHEET AND RULE 7.1 STATEMENT AND JUDGES RULES upon LA VAQUITA INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 45 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

_/s/ Deborah LaPointe_
DEBORAH LaPOINTE
Sworn to before me this
10TH day of July, 2007

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.dlsny.com